JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR12-00087RSL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION FOR TRAVEL EXPENSES |
| JAMIL ROBINSON, | ) | |
| Defendant. | ) | |

THE COURT having considered the motion of the defendant, the files and records therein,

IT IS THEREFORE ORDERED that the United States Marshal shall:

Arrange and provide the funds for the non-custodial transportation of Defendant from Oakland, California to Seattle, Washington, for a court appearance scheduled for December 7, 2012, at 11:00 a.m.

IT IS FURTHER ORDERED that the United States Marshal shall arrange and provide the funds for the non-custodial transportation of Defendant Jamil Robinson from Seattle, Washington, to Oakland, California following his court appearance on December 7; and

ORDER GRANTING MOTION
FOR TRAVEL EXPENSES- 1
(Jamil Robinson; CR12-00087RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

Furnish to the defendant an adequate amount of money for subsistence expense to his destination, not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

DONE this 21st day of November 2012.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Corey Endo*
Corey Endo, WSBA No. 34270
Attorney for Jamil Robinson
Federal Public Defender's Office
1601 Fifth Ave., Suite 700
Seattle, WA 98101
206/553-1100
206/553-0120

ORDER GRANTING MOTION
FOR TRAVEL EXPENSES- 2
(Jamil Robinson; CR12-00087RSL)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**